IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ENTEC POLYMERS, LLC, et al., :

        Plaintiffs, :

CASE NO.: 2:10-cv-624

Hon. Edmund A. Sargus

vs. :

CAMBRIDGE TOOL & DIE CORP., : **AGREED JUDGMENT ENTRY**

        Defendant. :

By agreement of the parties, judgment is hereby rendered in favor of Plaintiff, Entec Polymers, LLC, in the sum of $98,104.69 and in favor of Plaintiff, Channel Prime Alliance, LLC, in the sum of $15,433.00 against the Defendant, Cambridge Tool & Die Corp, plus interest at a rate of four percent (4%) from October 1, 2010.

It is further agreed that no execution will be issued by Plaintiffs against Defendant other than the filing of a Judgment Lien, so long as Defendant continues to make payments to Plaintiffs in a manner consistent with payment of all other of its non-administrative, unsecured creditors.

IT IS SO ORDERED.

Approved:

_____
Peter R. Silverman
Attorney for Plaintiffs

_____ 11-1-2010
JUDGE EDMUND A. SARGUS

C. Keith Plummer /PRS
Attorney for Defendant
signed per letter consent of Oct 26, 2010